UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE NUSBAUM, ) | Case No. CV 08-6198-DSF (OP) |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. ) | |
| J. D. HARTLEY, Warden, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///

///

///

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) directing that Judgment be entered denying the
3  First Amended Petition and dismissing this action with prejudice.

4
5  DATED:  1/12/11
   _____
   HONORABLE DALE S. FISCHER
6  United States District Judge

7

8  Prepared by:
9

10
11 _____
   HONORABLE OSWALD PARADA
12 United States Magistrate Judge